# EXHIBIT B

CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:16–cv–08986–LLS

| | |
|---|---|
| Parker v. Buffalo Trace Distillery, Inc. et al | Date Filed: 11/18/2016 |
| Assigned to: Judge Louis L. Stanton | Date Terminated: 01/27/2017 |
| Demand: $5,000,000 | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity Action | Nature of Suit: 370 Other Fraud |
| | Jurisdiction: Diversity |

**Plaintiff**

**Nicholas Parker**
*on behalf of himself and all others similarly situated*

represented by **Yitzchak Kopel**
Bursor & Fisher, P.A.
888 Seventh Ave
New York, NY 10019
(646)–837–7127
Fax: (212)–989–9163
Email: ykopel@bursor.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Buffalo Trace Distillery, Inc.**

represented by **Michelle Carrie Doolin**
Cooley L.L.P. (San Diego)
4401 Eastgate Mall
San Diego, CA 92121
(858)–550–6043
Fax: (858) 550–6420
Email: mdoolin@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darcie A Tilly**
Cooley L.L.P. (San Diego)
4401 Eastgate Mall
San Diego, CA 92121
(858)–550–6037
Fax: (858)–550–6420
Email: dtilly@cooley.com
*ATTORNEY TO BE NOTICED*

**Jonathan Paul Bach**
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
212–479–6470
Fax: 212–208–2634
Email: jbach@cooley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sazerac Company,Inc.**

represented by **Michelle Carrie Doolin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darcie A Tilly**
(See above for address)
*ATTORNEY TO BE NOTICED*

|   |   | Jonathan Paul Bach<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Defendant** |   |   |
| **Old Charter Distillery Co.** | represented by | **Michelle Carrie Doolin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Darcie A Tilly**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jonathan Paul Bach**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2016 | 1 | COMPLAINT against Buffalo Trace Distillery, Inc., Old Charter Distillery Co., Sazerac Company,Inc.. (Filing Fee $ 400.00, Receipt Number 0208–13004878)Document filed by Nicholas Parker.(Kopel, Yitzchak) (Entered: 11/18/2016) |
| 11/18/2016 | 2 | CIVIL COVER SHEET filed. (Kopel, Yitzchak) (Entered: 11/18/2016) |
| 11/18/2016 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Buffalo Trace Distillery, Inc., Old Charter Distillery Co., and Sazerac Company, Inc., re: 1 Complaint. Document filed by Nicholas Parker. (Kopel, Yitzchak) (Entered: 11/18/2016) |
| 11/21/2016 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Louis L. Stanton. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pc) (Entered: 11/21/2016) |
| 11/21/2016 |  | Magistrate Judge Sarah Netburn is so designated. (pc) (Entered: 11/21/2016) |
| 11/21/2016 |  | Case Designated ECF. (pc) (Entered: 11/21/2016) |
| 11/21/2016 | 4 | ELECTRONIC SUMMONS ISSUED as to Buffalo Trace Distillery, Inc., Old Charter Distillery Co., Sazerac Company,Inc.. (pc) (Entered: 11/21/2016) |
| 12/08/2016 | 5 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** LETTER MOTION for Extension of Time *to respond to the Complaint* addressed to Judge Louis L. Stanton from Jonathan Bach dated 12/8/16. Document filed by Buffalo Trace Distillery, Inc., Old Charter Distillery Co., Sazerac Company,Inc.. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Bach, Jonathan) Modified on 12/8/2016 (km). (Entered: 12/08/2016) |
| 12/08/2016 |  | ***NOTE TO ATTORNEY TO E–MAIL PDF. Note to Attorney Jonathan Bach for noncompliance with Section 18.3 of the S.D.N.Y. Electronic Case Filing Rules & Instructions. E–MAIL the PDF for Document 5 LETTER MOTION for Extension of Time *to respond to the Complaint* addressed to Judge Louis L. Stanton from Jonathan Bach dated 12/8/16 to: judgments@nysd.uscourts.gov. (km)** (Entered: 12/08/2016) |
| 12/09/2016 | 6 | SCHEDULING ORDER granting 5 Letter Motion for Extension of Time. IT IS HEREBY ORDERED that: 1. The deadline for Defendants' response to the Complaint shall be January 12, 2017; 2. The deadline for Plaintiffs' opposition to Defendants' motion to dismiss shall be February 13, 2017; and 3. The deadline for Defendants' reply to Plaintiffs' opposition shall be February 28, 2017. (Signed by Judge Louis L. |

| | | |
|---|---|---|
| | | Stanton on 12/9/2016) (kgo) (Entered: 12/09/2016) |
| 12/09/2016 | | Set/Reset Deadlines: Buffalo Trace Distillery, Inc. answer due 1/12/2017; Old Charter Distillery Co. answer due 1/12/2017; Sazerac Company,Inc. answer due 1/12/2017. Responses due by 2/13/2017 Replies due by 2/28/2017. (kgo) (Entered: 12/09/2016) |
| 01/03/2017 | 7 | MOTION for Michelle C. Doolin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−13155707. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Buffalo Trace Distillery, Inc., Old Charter Distillery Co., Sazerac Company,Inc.. (Attachments: # 1 Affidavit of Michelle C.Doolin, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order of Michelle C.Doolin)(Doolin, Michelle) Modified on 1/4/2017 (wb). Modified on 1/4/2017 (wb). (Entered: 01/03/2017) |
| 01/03/2017 | 8 | MOTION for Darcie A.Tilly to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−13155874. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Buffalo Trace Distillery, Inc., Old Charter Distillery Co., Sazerac Company,Inc.. (Attachments: # 1 Affidavit of Darcie A. Tilly, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order of Darcie A.Tilly for Admission Pro Hac Vice)(Tilly, Darcie) Modified on 1/4/2017 (wb). Modified on 1/4/2017 (wb). (Entered: 01/03/2017) |
| 01/04/2017 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 8 MOTION for Darcie A.Tilly to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−13155874. Motion and supporting papers to be reviewed by Clerk's Office staff., 7 MOTION for Michelle C. Doolin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−13155707. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 01/04/2017) |
| 01/12/2017 | 9 | MOTION to Dismiss . Document filed by Buffalo Trace Distillery, Inc., Old Charter Distillery Co., Sazerac Company,Inc.. Responses due by 2/13/2017(Bach, Jonathan) (Entered: 01/12/2017) |
| 01/12/2017 | 10 | DECLARATION of Jonathan Bach in Support re: 9 MOTION to Dismiss .. Document filed by Buffalo Trace Distillery, Inc., Old Charter Distillery Co., Sazerac Company,Inc.. (Attachments: # 1 Exhibit A to Declaration of Jonathan Bach, # 2 Exhibit B to Declaration of Jonathan Bach)(Bach, Jonathan) (Entered: 01/12/2017) |
| 01/12/2017 | 11 | **FILING ERROR – CORPORATE PARENT/OTHER AFFILIATE NOT ADDED** – RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Buffalo Trace Distillery, Inc., Old Charter Distillery Co., Sazerac Company,Inc..(Bach, Jonathan) Modified on 1/17/2017 (lb). (Entered: 01/12/2017) |
| 01/12/2017 | 12 | MEMORANDUM OF LAW in Support re: 9 MOTION to Dismiss . . Document filed by Buffalo Trace Distillery, Inc., Old Charter Distillery Co., Sazerac Company,Inc.. (Bach, Jonathan) (Entered: 01/12/2017) |
| 01/12/2017 | 13 | LETTER MOTION for Oral Argument *on the Motion to Dismiss the Class Action Complaint* addressed to Judge Louis L. Stanton from Jonathan Bach dated 1/12/2017. Document filed by Buffalo Trace Distillery, Inc., Old Charter Distillery Co., Sazerac Company,Inc..(Bach, Jonathan) (Entered: 01/12/2017) |
| 01/17/2017 | | ***NOTICE TO ATTORNEY TO RE−FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Jonathan Paul Bach to RE−FILE Document 11 Rule 7.1 Corporate Disclosure Statement,. ERROR(S): Corporate Parents were not added. Please re−file this document and when prompted: Are there any corporate parents or other affiliates?, select the YES radio button and enter the Corporate Parent(s) or Affiliate(s). YOU MUST SELECT THE SEARCH BUTTON. Select the correct name or create a new corporate parent. Add the Corporate Parent(s) or Affiliate(s) one party name at a time. (lb)** (Entered: 01/17/2017) |
| 01/17/2017 | 14 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Sazerac Company, Inc. for Buffalo Trace Distillery, Inc.. Document filed by Buffalo Trace Distillery, Inc., Old Charter Distillery Co., Sazerac Company,Inc..(Bach, |

| | | |
|---|---|---|
| | | Jonathan) (Entered: 01/17/2017) |
| 01/18/2017 | 15 | ORDER FOR ADMISSION PRO HAC VICE granting 8 Motion for Darcie A. Tilly to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 1/18/2017) (anc) (Entered: 01/18/2017) |
| 01/18/2017 | 16 | ORDER FOR ADMISSION PRO HAC VICE granting 7 Motion for Michelle C. Doolin to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 1/18/2017) (anc) (Entered: 01/18/2017) |
| 01/26/2017 | 17 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice against the defendant(s) Buffalo Trace Distillery, Inc., Old Charter Distillery Co., Sazerac Company,Inc.. Document filed by Nicholas Parker. (Kopel, Yitzchak) Modified on 1/27/2017 (jsu). (Entered: 01/26/2017) |
| 01/27/2017 | | **\*\*\*NOTE TO ATTORNEY TO E–MAIL PDF. Note to Attorney Yitzchak Kopel for noncompliance with Section 18.3 of the S.D.N.Y. Electronic Case Filing Rules & Instructions. E–MAIL the PDF for Document 17 Notice of Voluntary Dismissal to: judgments@nysd.uscourts.gov. Please include a hand written signature. (jsu)** (Entered: 01/27/2017) |
| 01/27/2017 | 18 | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE: Pursuant to Fed. R. Civ. P. 41(A)(1)(a)(i), Plaintiff Nicholas Parker hereby dismisses his claims in this action without prejudice. The Clerk will close the case and dismiss all pending applications as moot. SO ORDERED. (Signed by Judge Louis L. Stanton on 1/27/2017) (ama) (Entered: 01/27/2017) |