IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STEPHEN PENROSE, JAMES THOMAS, JOSEPH GUARDINO, and DANIEL POPE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BUFFALO TRACE DISTILLERY, INC., OLD CHARTER DISTILLERY CO., and SAZERAC COMPANY, INC.,<br><br>Defendants. | CASE NO. 4:17-CV-00294 |

### ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF KENTUCKY AND DEFENDANTS' MOTION TO DISMISS

Buffalo Trace Distillery, Inc., Old Charter Distillery Co., and Sazerac Company, Inc. ("Defendants"), have requested that the Court set a briefing schedule concerning Defendants' Motion to Transfer Venue to the Western District of Kentucky ("Motion to Transfer") and their Motion to Dismiss the Class Action Complaint ("Motion to Dismiss") filed by Plaintiffs Stephen Penrose, James Thomas, Joseph Guardino, and Daniel Pope ("Plaintiffs"). The Court, having considered the motion, the papers filed by the parties in connection therewith, and such other and further matters as the Court deems necessary and appropriate, hereby sets the following briefing schedules:

**Motion to Transfer**

| Filing | Proposed Date |
|---|---|
| Plaintiffs' opposition to motion to transfer | April 27, 2017 |
| Defendants' reply in support of motion to transfer | May 18, 2017 |

**Motion to Dismiss**

| Filing | Proposed Date |
|---|---|
| Plaintiff's opposition to motion to dismiss | May 18, 2017 |
| Defendants' reply in support of motion to dismiss | June 14, 2017 |

**IT IS SO ORDERED.**

Dated: 4-12-17

_____
Honorable Henry E. Autrey
United States District Court Judge