**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| STEPHEN PENROSE, JAMES THOMAS, JOSEPH GUARDINO, and DANIEL POPE on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>  v.<br><br>BUFFALO TRACE DISTILLERY, INC., OLD CHARTER DISTILLERY CO., and SAZERAC COMPANY, INC.<br><br>        Defendants. | CASE NO.  4:17-cv-00294-HEA<br><br>**DECLARATION OF YITZCHAK KOPEL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER CASE TO THE WESTERN DISTRICT OF KENTUCKY** |

I, Yitzchak Kopel, declare:

  1.  I am an attorney licensed to practice law in the States of New York and New Jersey.  I am a member of the bar of this Court and I am an attorney with the law firm Bursor & Fisher, P.A, counsel for Plaintiffs Stephen Penrose, James Thomas, Joseph Guardino, and Daniel Pope ("Plaintiffs").  I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Transfer Case to the Western District of Kentucky.  I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would testify competently thereto.

  2.  Attached hereto as **Exhibit A** is a true and correct copy of the ECF docket in *Env't Progress, Inc. v. Metro. Life Ins. Co*, Case No. 9:12-cv-80907-DMM (S.D. Fla. 2012).

  I declare under penalty of perjury under the laws of the United States and the States of Missouri and New York that the foregoing is true and correct.  Executed on April 27, 2017, in New York, New York.

By: _____
        Yitzchak Kopel

**EXHIBIT A**

CLOSED,DLB,MEDIATION,REF_PTRL

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CIVIL DOCKET FOR CASE #: 9:12-cv-80907-DMM

| | |
|---|---|
| Environmental Progress, Inc. v. Storick Group Co. et al | Date Filed: 08/24/2012 |
| Assigned to: Judge Donald M. Middlebrooks | Date Terminated: 04/12/2013 |
| Referred to: Magistrate Judge Dave Lee Brannon | Jury Demand: Defendant |
| Cause: 28:1331 Federal Question | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Environmental Progress, Inc.**
*a South Carolina corporation, individually
and as the representative of a class of
similarly situated persons*

represented by **Ryan Michael Kelly**
Anderson + Wanca
3701 Algonquin Road
Suite 500
Rolling Meadows, IL 60008
(847)368-1500
Fax: (847)368-1501
Email: rkelly@andersonwanca.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Storick Group Co.**

represented by **Howard W. Poznanski**
Howard Poznanski
4800 North Federal Highway
Suite 208A
Boca Raton, FL 34431
561-417-9294
Fax: 417-9422
Email: howardwpoznanski@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Storick Group Corporation**

represented by **Howard W. Poznanski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Metropolitan Life Insurance Company**

represented by **Francis Augustine Zacherl , III**
Shutts & Bowen
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131
305-347-7305
Fax: 347-7705

                                                    Email: fzacherl@shutts.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Daniel Tramel Stabile**
                                                    Shutts & Bowen LLP
                                                    200 South Biscayne Boulevard
                                                    Suite 4100
                                                    Miami, FL 33131
                                                    305-358-6300
                                                    Fax: 305-381-9982
                                                    Email: dstabile@shutts.com
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**
**John Does 1-10**

**Defendant**
**Scott R Storick**                    represented by   **Howard W. Poznanski**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Cross Claimant**
**Metropolitan Life Insurance Company**   represented by   **Francis Augustine Zacherl , III**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Daniel Tramel Stabile**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**
**Scott R Storick**                    represented by   **Howard W. Poznanski**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Cross Claimant**
**Metropolitan Life Insurance Company**   represented by   **Francis Augustine Zacherl , III**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Daniel Tramel Stabile**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Scott R Storick**       represented by   **Howard W. Poznanski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Metropolitan Life Insurance Company**   represented by   **Francis Augustine Zacherl , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Tramel Stabile**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Scott R Storick**      represented by   **Howard W. Poznanski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Metropolitan Life Insurance Company**   represented by   **Francis Augustine Zacherl , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Tramel Stabile**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Scott R Storick**      represented by   **Howard W. Poznanski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2012 | 1 | COMPLAINT against All Defendants. Filing fee $ 350.00 receipt number 113C-5007951, filed by Environmental Progress, Inc.. (Attachments: # 1 Exhibit A - copy of fax, # 2 Civil Cover Sheet, # 3 Summon(s) Storick Group Co., # 4 Summon(s) The Storick Group Corporation, # 5 Summon(s) Scott R. Storick, # 6 Summon(s) Metropolitan Life Insurance Company)(Kelly, Ryan) (Entered: 08/24/2012) |
| 08/24/2012 | 2 | Judge Assignment to Judge Donald M. Middlebrooks (lbc) (Entered: 08/24/2012) |

| 08/24/2012 | 3 | Summons Issued as to Metropolitan Life Insurance Company, Scott R Storick, Storick Group Co., The Storick Group Corporation. (lbc) (Entered: 08/24/2012) |
| 08/24/2012 | 4 | MOTION to Certify Class by Environmental Progress, Inc.. Responses due by 9/10/2012 (Kelly, Ryan) (Entered: 08/24/2012) |
| 09/14/2012 | 5 | ORDER REFERRING CASE to Magistrate Judge Dave Lee Brannon to conduct a Scheduling Conference, AND SETTING TRIAL DATE: ( Trial set for 4/8/2013 09:00 AM in West Palm Beach Division before Judge Donald M. Middlebrooks., Calendar Call set for 4/3/2013 01:15 PM before Judge Donald M. Middlebrooks.) Signed by Judge Donald M. Middlebrooks on 9/14/2012. (lh) (Entered: 09/14/2012) |
| 09/17/2012 | 6 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, by Environmental Progress, Inc.. Metropolitan Life Insurance Company served on 8/29/2012, answer due 9/19/2012. (Kelly, Ryan) (Entered: 09/17/2012) |
| 09/17/2012 | 7 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, by Environmental Progress, Inc.. Storick Group Co. served on 8/31/2012, answer due 9/21/2012. (Kelly, Ryan) (Entered: 09/17/2012) |
| 09/17/2012 | 8 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, by Environmental Progress, Inc.. The Storick Group Corporation served on 8/31/2012, answer due 9/21/2012. (Kelly, Ryan) (Entered: 09/17/2012) |
| 09/17/2012 | 9 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, by Environmental Progress, Inc.. Scott R Storick served on 8/31/2012, answer due 9/21/2012. (Kelly, Ryan) (Entered: 09/17/2012) |
| 09/18/2012 | 10 | ORDER, ( Scheduling Conference set for 9/27/2012 11:30 AM before Magistrate Judge Dave Lee Brannon.) Signed by Magistrate Judge Dave Lee Brannon on 9/18/2012. (lh) (Entered: 09/18/2012) |
| 09/19/2012 | 11 | NOTICE of Attorney Appearance by Francis Augustine Zacherl, III on behalf of Metropolitan Life Insurance Company (Zacherl, Francis) (Entered: 09/19/2012) |
| 09/19/2012 | 12 | Unopposed MOTION for Extension of Time to File Answer RE: Complaints re 1 Complaint, by Metropolitan Life Insurance Company. (Zacherl, Francis) (Entered: 09/19/2012) |
| 09/20/2012 | 13 | NOTICE of Attorney Appearance by Howard W. Poznanski on behalf of Scott R Storick, Storick Group Co., The Storick Group Corporation (Poznanski, Howard) (Entered: 09/20/2012) |
| 09/20/2012 | 14 | Unopposed MOTION for Extension of Time to respond to Plaintiff's complaint re 1 Complaint, by Scott R Storick, Storick Group Co., The Storick Group Corporation. Responses due by 10/9/2012 (Poznanski, Howard) (Entered: 09/20/2012) |
| 09/20/2012 | 15 | Unopposed MOTION for Extension of Time to respond to Plaintiff's complaint re 1 Complaint, by Scott R Storick, Storick Group Co., The Storick Group Corporation. Responses due by 10/9/2012 (Attachments: # 1 Text of Proposed Order)(Poznanski, Howard) (Entered: 09/20/2012) |
| 09/20/2012 | 16 | ORDER granting 12 Motion for Extension of Time to Answer RE: Complaints re 1 Complaint, Metropolitan Life Insurance Company answer due 10/11/2012. Signed by Judge Donald M. Middlebrooks on 9/20/2012. (lh) (Entered: 09/20/2012) |
| 09/20/2012 | 17 | Unopposed MOTION for Extension of Time to File Response/Reply as to 4 MOTION to Certify Class by Metropolitan Life Insurance Company. (Attachments: # 1 Text of Proposed Order)(Zacherl, Francis) (Entered: 09/20/2012) |

| | | |
|---|---|---|
| 09/22/2012 | 18 | MEMORANDUM in Opposition re 4 MOTION to Certify Class by Scott R Storick, Storick Group Co.. (Poznanski, Howard) (Entered: 09/22/2012) |
| 09/27/2012 | 19 | Minute Entry for proceedings held before Magistrate Judge Dave Lee Brannon: Scheduling Conference held on 9/27/2012. (Digital 11:54:02-11:59:32.) (sa) (Entered: 09/27/2012) |
| 09/27/2012 | 20 | PRETRIAL SCHEDULING ORDER: Amended Pleadings due by 10/22/2012. Discovery due by 1/14/2013. Joinder of Parties due by 10/22/2012. Motions due by 1/28/2013. Pretrial Stipulation due by 3/11/2013. Signed by Magistrate Judge Dave Lee Brannon on 9/27/2012. (sa) (Entered: 09/27/2012) |
| 09/27/2012 | 21 | ORDER REFERRING CASE to Mediation. Signed by Magistrate Judge Dave Lee Brannon on 9/27/2012. (sa) (Entered: 09/27/2012) |
| 09/27/2012 | 22 | ORDER granting 14 Motion for Extension of Time to Respond to Complaint; denying as moot 15 Motion for Extension of Time. Signed by Judge Donald M. Middlebrooks on 9/27/2012. (lh) (Entered: 09/27/2012) |
| 09/27/2012 | | Reset Answer Due Deadline per Order 22 : Scott R Storick response due 10/11/2012; Storick Group Co. response due 10/11/2012; The Storick Group Corporation response due 10/11/2012. (lh) (Entered: 09/27/2012) |
| 09/28/2012 | 23 | MOTION to Dismiss for Lack of Jurisdiction 1 Complaint, , MOTION TO DISMISS 1 Complaint, FOR FAILURE TO STATE A CLAIM ( Responses due by 10/15/2012), MOTION for More Definite Statement ( Responses due by 10/15/2012) by Scott R Storick, Storick Group Co., The Storick Group Corporation. (Poznanski, Howard) (Entered: 09/28/2012) |
| 09/28/2012 | 24 | NOTICE by Storick Group Co., The Storick Group Corporation *Rule 7.1 Disclosure Statement* (Poznanski, Howard) (Entered: 09/28/2012) |
| 10/11/2012 | 25 | ANSWER and Affirmative Defenses to Complaint by Metropolitan Life Insurance Company.(Zacherl, Francis) (Entered: 10/11/2012) |
| 10/23/2012 | 26 | Plaintiff's MOTION for Leave to File *Its First Amended Complaint, Instanter* by Environmental Progress, Inc.. (Attachments: # 1 Memorandum Memo in Supp of Mtn for Lv to File 1st Amended Complaint, # 2 Exhibit 1 - First Amended Complaint, # 3 Text of Proposed Order Proposed Order)(Kelly, Ryan) (Entered: 10/23/2012) |
| 10/24/2012 | 27 | RESPONSE in Opposition re 26 Plaintiff's MOTION for Leave to File *Its First Amended Complaint, Instanter and Incorporated Memorandum of Law* filed by Scott R Storick, Storick Group Co., The Storick Group Corporation. (Poznanski, Howard) (Entered: 10/24/2012) |
| 10/25/2012 | 28 | Corporate Disclosure Statement by Metropolitan Life Insurance Company identifying Corporate Parent MetLife, Inc. for Metropolitan Life Insurance Company (Zacherl, Francis) (Entered: 10/25/2012) |
| 10/25/2012 | 29 | NOTICE of Attorney Appearance by Daniel Tramel Stabile on behalf of Metropolitan Life Insurance Company (Stabile, Daniel) (Entered: 10/25/2012) |
| 10/30/2012 | 30 | REPLY to Response to Motion re 26 Plaintiff's MOTION for Leave to File *Its First Amended Complaint, Instanter* filed by Environmental Progress, Inc.. (Kelly, Ryan) (Entered: 10/30/2012) |
| 10/31/2012 | 31 | ORDER denying as moot 23 Motion to Dismiss for Lack of Jurisdiction; denying as moot 23 Motion to Dismiss for Failure to State a Claim; denying as moot 23 Motion for More Definite Statement; granting 26 Motion for Leave to File. *Clerks Notice: Filer* |

| | | |
|---|---|---|
| | | must separately re-file the amended pleading pursuant to Local Rule 15.1, unless otherwise ordered by the Judge. Signed by Judge Donald M. Middlebrooks on 10/31/2012. (lk) (Entered: 10/31/2012) |
| 10/31/2012 | 32 R | First AMENDED COMPLAINT against JOHN DOES 1-10, Metropolitan Life Insurance Company, Scott R Storick, Storick Group Co., The Storick Group Corporation filed in response to Order Granting Motion for Leave, filed by Environmental Progress, Inc..(lk) (Entered: 10/31/2012) |
| 10/31/2012 | 33 | ORDER denying 17 Motion for Extension of Time to File Response/Reply. Signed by Judge Donald M. Middlebrooks on 10/31/2012. (lk) (Entered: 10/31/2012) |
| 11/05/2012 | 34 | MOTION to Compel *Production of Documents and Full and Complete Interrogatory Responses and Overrule Objections* by Storick Group Co.. Responses due by 11/23/2012 (Poznanski, Howard) (Entered: 11/05/2012) |
| 11/07/2012 | 35 | ORDER denying 4 Motion to Certify Class, Signed by Judge Donald M. Middlebrooks on 11/7/2012. (lh) (Entered: 11/07/2012) |
| 11/20/2012 | 36 | ANSWER and Affirmative Defenses to Amended Complaint by Scott R Storick, Storick Group Co., The Storick Group Corporation.(Poznanski, Howard) (Entered: 11/20/2012) |
| 11/21/2012 | 37 | RESPONSE to Motion re 34 MOTION to Compel *Production of Documents and Full and Complete Interrogatory Responses and Overrule Objections* filed by Environmental Progress, Inc.. Replies due by 12/3/2012. (Kelly, Ryan) (Entered: 11/21/2012) |
| 11/26/2012 | 38 | REPLY to Response to Motion re 34 MOTION to Compel *Production of Documents and Full and Complete Interrogatory Responses and Overrule Objections* filed by Storick Group Co.. (Poznanski, Howard) (Entered: 11/26/2012) |
| 11/28/2012 | 39 | *Metropolitan Life Insurance Company's* ANSWER and Affirmative Defenses to Amended Complaint *of EPI*, CROSSCLAIM against Scott R Storick by Metropolitan Life Insurance Company.(Zacherl, Francis) (Entered: 11/28/2012) |
| 12/03/2012 | 40 | Agreed MOTION for Protective Order by Environmental Progress, Inc.. (Attachments: # 1 Exhibit 1 - Protective Order)(Kelly, Ryan) (Entered: 12/03/2012) |
| 12/03/2012 | 41 | Joint MOTION for Protective Order by Environmental Progress, Inc.. (Attachments: # 1 Exhibit A - Protective Order)(Kelly, Ryan) (Entered: 12/03/2012) |
| 12/04/2012 | 42 | AGREED PROTECTIVE ORDER REGARDING COMPUTER FORENSIC DISCOVERY granting 41 Motion for Protective Order, Signed by Judge Donald M. Middlebrooks on 12/4/2012. (lh) (Entered: 12/05/2012) |
| 12/04/2012 | 43 | AGREED PROTECTIVE ORDER REGARDING COMPUTER FORENSIC DISCOVERY granting 40 Motion for Protective Order, Signed by Judge Donald M. Middlebrooks on 12/4/2012. (lh) (Entered: 12/05/2012) |
| 12/04/2012 | 44 | OMNIBUS ORDER Granting 40 Agreed MOTION for Protective Order filed by Environmental Progress, Inc., 41 Joint MOTION for Protective Order filed by Environmental Progress, Inc. Signed by Judge Donald M. Middlebrooks on 12/4/2012. (lh) (Entered: 12/05/2012) |
| 12/12/2012 | 45 | ORDER granting 34 Motion to Compel production of documents. Signed by Judge Donald M. Middlebrooks on 12/12/2012. (lk) (Entered: 12/14/2012) |
| 12/14/2012 | 46 | Joint MOTION to Amend/Correct 20 Scheduling Order, Set/Reset Deadlines/Hearings,, by Environmental Progress, Inc.. Responses due by 12/31/2012 (Kelly, Ryan) (Entered: |

| | | 12/14/2012 |
|---|---|---|
| 12/14/2012 | 47 | MOTION TO DISMISS 39 Answer to Amended Complaint, Crossclaim FOR FAILURE TO STATE A CLAIM *Upon Which Relief Can Be Granted Directed at Crossclaim*, MOTION to Dismiss for Lack of Jurisdiction 39 Answer to Amended Complaint, Crossclaim *Directed at Crossclaim* ( Responses due by 12/31/2012) by Scott R Storick. (Poznanski, Howard) (Entered: 12/14/2012) |
| 12/17/2012 | 48 | Agreed MOTION to Amend/Correct 36 Answer to Amended Complaint by Scott R Storick, Storick Group Co., The Storick Group Corporation. Responses due by 1/3/2013 (Poznanski, Howard) (Entered: 12/17/2012) |
| 12/19/2012 | 49 | Defendant's MOTION for Leave to File *Amended Answer and Affirmative Defenses to EPI's First Amended Complaint and Crossclaim against Scott Storick* by Metropolitan Life Insurance Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Zacherl, Francis) (Entered: 12/19/2012) |
| 12/20/2012 | 50 | ORDER granting 48 Motion to Amend/Correct. *Clerks Notice: Filer must separately re-file the amended pleading pursuant to Local Rule 15.1, unless otherwise ordered by the Judge* Signed by Judge Donald M. Middlebrooks on 12/19/12. (tp) (Entered: 12/20/2012) |
| 12/21/2012 | 51 | *Amended* ANSWER and Affirmative Defenses to Complaint *First Amended Class Action Complaint [DE 32]* by Scott R Storick, Storick Group Co., The Storick Group Corporation.(Poznanski, Howard) (Entered: 12/21/2012) |
| 12/26/2012 | 52 | STIPULATION *and Order Enlarging Time For Crossclaim-Plaintiff to Respond to Crossclaim-Defendant's Motion to Dismiss* by Metropolitan Life Insurance Company (Stabile, Daniel) (Entered: 12/26/2012) |
| 01/04/2013 | 54 | ORDER granting 49 Motion for Leave to File. *Clerks Notice: Filer must separately re-file the amended pleading pursuant to Local Rule 15.1, unless otherwise ordered by the Judge* ; Signed by Judge Donald M. Middlebrooks on 1/4/2013. (lh) (Entered: 01/07/2013) |
| 01/04/2013 | 55 | ORDER APPROVING STIPULATION re 47 MOTION TO DISMISS 39 Answer to Amended Complaint, Crossclaim FOR FAILURE TO STATE A CLAIM *Upon Which Relief Can Be Granted Directed at Crossclaim* MOTION to Dismiss for Lack of Jurisdiction 39 Answer to Amended Complaint, Crossclaim *Directed at Crossclaim* filed by Scott R Storick, Set/Reset Deadlines as to 47 MOTION TO DISMISS 39 Answer to Amended Complaint, Crossclaim FOR FAILURE TO STATE A CLAIM *Upon Which Relief Can Be Granted Directed at Crossclaim* MOTION to Dismiss for Lack of Jurisdiction 39 Answer to Amended Complaint, Crossclaim *Directed at Crossclaim*.( Responses due by 1/11/2013) Signed by Judge Donald M. Middlebrooks on 1/4/2013. (lh) (Entered: 01/07/2013) |
| 01/07/2013 | 53 | ORDER denying 46 Motion to Amend, Signed by Judge Donald M. Middlebrooks on 1/4/2013. (lh) (Entered: 01/07/2013) |
| 01/09/2013 | 56 | *Defendant Metropolitan Life Insurance Company's Amended* ANSWER and Affirmative Defenses to Amended Complaint , CROSSCLAIM against Scott R Storick by Metropolitan Life Insurance Company.(Zacherl, Francis) (Entered: 01/09/2013) |
| 01/09/2013 | 57 | Notice of Mediation Hearing before Mediator, Rodney Max filed by Metropolitan Life Insurance Company. Mediation Hearing set for 1/11/2013 01:30 PM (Zacherl, Francis) (Entered: 01/09/2013) |
| 01/11/2013 | 58 | RESPONSE in Opposition re 47 MOTION TO DISMISS 39 Answer to Amended |

| | | |
|---|---|---|
| | | Complaint, Crossclaim FOR FAILURE TO STATE A CLAIM *Upon Which Relief Can Be Granted Directed at Crossclaim* MOTION to Dismiss for Lack of Jurisdiction [39](#) Answer to Amended Complaint, Crossclaim *Directed at Crossclaim* filed by Metropolitan Life Insurance Company. (Zacherl, Francis) (Entered: 01/11/2013) |
| 01/14/2013 | [59](#) | NOTICE by Metropolitan Life Insurance Company *of Case Filing* (Attachments: # [1](#) Exhibit "A")(Stabile, Daniel) (Entered: 01/14/2013) |
| 01/14/2013 | [60](#) | WITHDRAWAL of Motion *for Class Certification, Doc. 4* (Kelly, Ryan) (Entered: 01/14/2013) |
| 01/14/2013 | [61](#) | MOTION for Leave to File *Second Amended Complaint* by Environmental Progress, Inc.. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B)(Kelly, Ryan) (Entered: 01/14/2013) |
| 01/15/2013 | [62](#) | REPLY to Response to Motion re [47](#) MOTION TO DISMISS [39](#) Answer to Amended Complaint, Crossclaim FOR FAILURE TO STATE A CLAIM *Upon Which Relief Can Be Granted Directed at Crossclaim* MOTION to Dismiss for Lack of Jurisdiction [39](#) Answer to Amended Complaint, Crossclaim *Directed at Crossclaim* filed by Scott R Storick. (Poznanski, Howard) (Entered: 01/15/2013) |
| 01/24/2013 | [63](#) | RESPONSE in Opposition re [61](#) MOTION for Leave to File *Second Amended Complaint* filed by Scott R Storick, Storick Group Co., The Storick Group Corporation. (Attachments: # [1](#) Exhibit "A")(Poznanski, Howard) (Entered: 01/24/2013) |
| 01/24/2013 | [64](#) | MOTION to Dismiss [32](#) [R] Amended Complaint, *and Class Action Allegations, involuntarily pursuant to Rule 41(b) or, in the alternative Order Directing Plaintiff's Attorneys to Transfer* by Scott R Storick, Storick Group Co., The Storick Group Corporation. Responses due by 2/11/2013 (Attachments: # [1](#) Exhibit "A")(Poznanski, Howard) (Entered: 01/24/2013) |
| 01/24/2013 | [65](#) | RESPONSE in Opposition re [61](#) MOTION for Leave to File *Second Amended Complaint* filed by Metropolitan Life Insurance Company. (Attachments: # [1](#) Exhibit A)(Stabile, Daniel) (Entered: 01/24/2013) |
| 01/28/2013 | [66](#) | MOTION to Dismiss [39](#) Answer to Amended Complaint, Crossclaim, [56](#) Answer to Amended Complaint, Crossclaim *Based Upon Spoliation of Evidence Or, Alternatively, For Other Sanctions* by Scott R Storick. Responses due by 2/14/2013 (Attachments: # [1](#) Exhibit "A", # [2](#) Exhibit "B", # [3](#) Exhibit "C", # [4](#) Exhibit "D", # [5](#) Exhibit "E") (Poznanski, Howard) (Entered: 01/28/2013) |
| 01/28/2013 | [67](#) | MOTION in Limine *Or To Exclude* by Scott R Storick, Storick Group Co., The Storick Group Corporation. (Poznanski, Howard) (Entered: 01/28/2013) |
| 01/28/2013 | [68](#) | NOTICE by Metropolitan Life Insurance Company *of Filing Deposition Transcript of Robert Martino (Volume I)* (Attachments: # [1](#) Deposition Part 1 of 4, # [2](#) Deposition Part 2 of 4, # [3](#) Deposition Part 3 of 4, # [4](#) Deposition Part 4 of 4)(Zacherl, Francis) (Entered: 01/28/2013) |
| 01/28/2013 | [69](#) | NOTICE by Scott R Storick, Storick Group Co., The Storick Group Corporation re [67](#) MOTION in Limine *Or To Exclude Notice of Filing Motion Exhibits* (Attachments: # [1](#) Exhibit "A", # [2](#) Exhibit "B")(Poznanski, Howard) (Entered: 01/28/2013) |
| 01/28/2013 | [70](#) | NOTICE by Metropolitan Life Insurance Company *of Filing Deposition Transcript of Scott Storick* (Attachments: # [1](#) Deposition Part 1 of 5, # [2](#) Deposition Part 2 of 5, # [3](#) Deposition Part 3 of 5, # [4](#) Deposition Part 4 of 5, # [5](#) Deposition Part 5 of 5)(Zacherl, Francis) (Entered: 01/28/2013) |
| 01/28/2013 | [71](#) | NOTICE by Metropolitan Life Insurance Company *of Filing Deposition Transcript of Alma Dominguez* (Attachments: # [1](#) Deposition Part 1` of 3, # [2](#) Deposition Part 2 of 3, |

| | | |
|---|---|---|
| | | # 3 Deposition Part 3 of 3)(Zacherl, Francis) (Entered: 01/28/2013) |
| 01/28/2013 | 72 | NOTICE by Metropolitan Life Insurance Company *of Filing Deposition of Nicole Alexander* (Attachments: # 1 Deposition Part 1 of 2, # 2 Deposition Part 2 of 2) (Zacherl, Francis) (Entered: 01/28/2013) |
| 01/28/2013 | 73 | NOTICE by Metropolitan Life Insurance Company *of Filing Deposition Transcript of Florence Saint-Albin* (Attachments: # 1 Deposition Part 1 of 1)(Zacherl, Francis) (Entered: 01/28/2013) |
| 01/28/2013 | 74 | NOTICE by Metropolitan Life Insurance Company *of Filing Deposition Transcript of Kristine Marie Kenealy* (Attachments: # 1 Deposition Part 1 of 2, # 2 Deposition Part 2 of 2)(Zacherl, Francis) (Entered: 01/28/2013) |
| 01/28/2013 | 75 | NOTICE by Metropolitan Life Insurance Company *of Filing Deposition Transcript of Robert Martino (Volume II)* (Attachments: # 1 Deposition Part 1 of 3, # 2 Deposition Part 2 of 3, # 3 Deposition Part 3 of 3)(Zacherl, Francis) (Entered: 01/28/2013) |
| 01/28/2013 | 76 | NOTICE by Metropolitan Life Insurance Company *of Filing Deposition Transcript of Jean-Marc Khawam* (Attachments: # 1 Deposition Part 1 of 4, # 2 Deposition Part 2 of 4, # 3 Deposition Part 3 of 4, # 4 Deposition Part 4 of 4)(Zacherl, Francis) (Entered: 01/28/2013) |
| 01/28/2013 | 77 | MOTION for Summary Judgment *Concise Statement of Material Facts as to Which There is No Genuine Issue, and Incorporated Memorandum of Law* by Metropolitan Life Insurance Company. Responses due by 2/14/2013 (Attachments: # 1 Exhibit Exhibit A - Part 1 of 5, # 2 Exhibit Exhibit A - Part 2 of 5, # 3 Exhibit Exhibit A - Part 3 of 5, # 4 Exhibit Exhibit A - Part 4 of 5, # 5 Exhibit Exhibit A - Part 5 of 5, # 6 Exhibit Exhibit B, # 7 Exhibit Exhibit C, # 8 Exhibit Exhibit D - Part 1 of 4, # 9 Exhibit Exhibit D - Part 2 of 4, # 10 Exhibit Exhibit D - Part 3 of 4, # 11 Exhibit Exhibit D - Part 4 of 4, # 12 Exhibit Exhibit E, # 13 Exhibit Exhibit F - Part 1 of 7, # 14 Exhibit Exhibit F - Part 2 of 7, # 15 Exhibit Exhibit F - Part 3 of 7, # 16 Exhibit Exhibit F - Part 4 of 7, # 17 Exhibit Exhibit F - Part 5 of 7, # 18 Exhibit Exhibit F - Part 6 of 7, # 19 Exhibit Exhibit F - Part 7 of 7, # 20 Exhibit Exhibit G, # 21 Exhibit Exhibit H, # 22 Exhibit Exhibit I)(Zacherl, Francis) (Entered: 01/28/2013) |
| 01/28/2013 | 78 | MOTION to Certify Class *for Denial OF* by Metropolitan Life Insurance Company. Responses due by 2/14/2013 (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Zacherl, Francis) (Entered: 01/28/2013) |
| 01/28/2013 | 79 | MOTION in Limine by Metropolitan Life Insurance Company. (Attachments: # 1 Exhibit eXHIBIT a, # 2 Exhibit Exhibit B)(Zacherl, Francis) (Entered: 01/28/2013) |
| 01/29/2013 | 80 | RESPONSE in Support re 78 MOTION to Certify Class *for Denial OF (And Join in the Request for Denial of Class Certification)* filed by Scott R Storick, Storick Group Co., The Storick Group Corporation. (Attachments: # 1 Exhibit "A", # 2 Exhibit "B", # 3 Exhibit "C", # 4 Exhibit "D", # 5 Exhibit "E")(Poznanski, Howard) (Entered: 01/29/2013) |
| 01/31/2013 | 81 | RESPONSE in Support re 61 MOTION for Leave to File *Second Amended Complaint* filed by Environmental Progress, Inc.. (Kelly, Ryan) (Entered: 01/31/2013) |
| 02/08/2013 | 82 | REPLY to Response to Motion re 78 MOTION to Certify Class *for Denial OF* filed by Metropolitan Life Insurance Company. (Zacherl, Francis) (Entered: 02/08/2013) |
| 02/14/2013 | 83 | RESPONSE to Motion re 66 MOTION to Dismiss 39 Answer to Amended Complaint, Crossclaim, 56 Answer to Amended Complaint, Crossclaim *Based Upon Spoliation of* |

| | | |
|---|---|---|
| | | *Evidence Or, Alternatively, For Other Sanctions* filed by Environmental Progress, Inc.. Replies due by 2/25/2013. (Kelly, Ryan) (Entered: 02/14/2013) |
| 02/14/2013 | 84 | RESPONSE to Motion re 66 MOTION to Dismiss 39 Answer to Amended Complaint, Crossclaim, 56 Answer to Amended Complaint, Crossclaim *Based Upon Spoliation of Evidence Or, Alternatively, For Other Sanctions* filed by Metropolitan Life Insurance Company. Replies due by 2/25/2013. (Attachments: # 1 Exhibit PALEN AFFIDAVIT, # 2 Exhibit NOVICK AFFIDAVIT, # 3 Exhibit DOUBERLY AFFIDAVIT)(Zacherl, Francis) (Entered: 02/14/2013) |
| 02/14/2013 | 85 | RESPONSE in Opposition re 79 MOTION in Limine , 67 MOTION in Limine *Or To Exclude* filed by Environmental Progress, Inc.. (Attachments: # 1 Exhibit A Biggerstaff Report)(Kelly, Ryan) (Entered: 02/14/2013) |
| 02/14/2013 | 86 | RESPONSE in Opposition re 77 MOTION for Summary Judgment *Concise Statement of Material Facts as to Which There is No Genuine Issue, and Incorporated Memorandum of Law* filed by Environmental Progress, Inc.. (Kelly, Ryan) (Entered: 02/14/2013) |
| 02/14/2013 | 87 | RESPONSE/REPLY *Response to Statement of Material Facts and Statement of Additional Facts* by Environmental Progress, Inc.. (Kelly, Ryan) (Entered: 02/14/2013) |
| 02/14/2013 | 88 | APPENDIX to 86 Response in Opposition to Motion, 87 Response/Reply (Other) by Environmental Progress, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Kelly, Ryan) (Entered: 02/14/2013) |
| 02/18/2013 | 89 | RESPONSE/REPLY to 84 Response to Motion, *to Involuntary Dismiss Crossclaim Based Upon Spoliation Of Evidence Or, Alternatively, For Other Sanctions* by Scott R Storick. (Attachments: # 1 Exhibit "1", # 2 Exhibit "2")(Poznanski, Howard) (Entered: 02/18/2013) |
| 02/19/2013 | 90 | RESPONSE/REPLY to 85 Response in Opposition to Motion *to Exclude Plaintiff's Experts and Documents* by Scott R Storick, Storick Group Co., The Storick Group Corporation. (Poznanski, Howard) (Entered: 02/19/2013) |
| 02/25/2013 | 91 | REPLY to Response to Motion re 79 MOTION in Limine filed by Metropolitan Life Insurance Company. (Zacherl, Francis) (Entered: 02/25/2013) |
| 02/25/2013 | 92 | REPLY to Response to Motion re 77 MOTION for Summary Judgment *Concise Statement of Material Facts as to Which There is No Genuine Issue, and Incorporated Memorandum of Law* filed by Metropolitan Life Insurance Company. (Attachments: # 1 Exhibit Exhibit A)(Zacherl, Francis) (Entered: 02/25/2013) |
| 02/25/2013 | 93 | ORDER Granting 61 Motion for Leave to File Second Amended Class Action Complaint. Plaintiff's Second Amended Complaint 61 -2 is hereby accepted by the Court; denying 64 Motion to Dismiss; denying as moot 78 Motion to Certify Class. Signed by Judge Donald M. Middlebrooks on 2/25/2013. (asl) (Entered: 02/26/2013) |
| 02/25/2013 | 94 | SECOND AMENDED COMPLAINT against John Does 1-10, Metropolitan Life Insurance Company, Scott R Storick, Storick Group Co., The Storick Group Corporation, filed by Environmental Progress, Inc. See 61 -2 for image(asl) (Entered: 02/26/2013) |
| 03/05/2013 | 95 | ANSWER and Affirmative Defenses to Amended Complaint with Jury Demand , CROSSCLAIM against Scott R Storick by Metropolitan Life Insurance Company. (Zacherl, Francis) (Entered: 03/05/2013) |
| 03/06/2013 | 96 | ANSWER and Affirmative Defenses to Amended Complaint *(Directed at Plaintiff's Second Amended Complaint)* by Scott R Storick, Storick Group Co., The Storick Group |

| | | Corporation.(Poznanski, Howard) (Entered: 03/06/2013) |
|---|---|---|
| 03/06/2013 | 97 | *Amended* ANSWER and Affirmative Defenses to Amended Complaint with Jury Demand , CROSSCLAIM against Scott R Storick by Metropolitan Life Insurance Company.(Zacherl, Francis) (Entered: 03/06/2013) |
| 03/06/2013 | 98 | Notice of Adoption by Scott R Storick Related document: 47 MOTION TO DISMISS 39 Answer to Amended Complaint, Crossclaim FOR FAILURE TO STATE A CLAIM *Upon Which Relief Can Be Granted Directed at Crossclaim* MOTION to Dismiss for Lack of Jurisdiction 39 Answer to Amended Complaint, Crossclaim *Directed at Crossclaim* filed by Scott R Storick, 95 Answer to Amended Complaint, Crossclaim filed by Metropolitan Life Insurance Company, 39 Answer to Amended Complaint, Crossclaim filed by Metropolitan Life Insurance Company, 97 Answer to Amended Complaint, Crossclaim filed by Metropolitan Life Insurance Company (Poznanski, Howard) (Entered: 03/06/2013) |
| 03/07/2013 | 99 | MOTION to Strike 95 Answer to Amended Complaint, Crossclaim, 97 Answer to Amended Complaint, Crossclaim *Directed at MetLife's Demand for Jury Trial* by Scott R Storick, Storick Group Co., The Storick Group Corporation. Responses due by 3/25/2013 (Poznanski, Howard) (Entered: 03/07/2013) |
| 03/11/2013 | 100 | MOTION for Extension of Time to File Joint Pretrial Stipulation re 20 Scheduling Order, Set/Reset Deadlines/Hearings,, by Metropolitan Life Insurance Company. Responses due by 3/28/2013 (Stabile, Daniel) (Entered: 03/11/2013) |
| 03/18/2013 | 101 | MOTION for Summary Judgment *to Plaintiff's Second Amended Complaint* by Metropolitan Life Insurance Company. Responses due by 4/4/2013 (Attachments: # 1 Exhibit A - PART 1 OF 5, # 2 Exhibit A - PART 2 OF 5, # 3 Exhibit A - PART 3 OF 5, # 4 Exhibit A - PART 4 OF 5, # 5 Exhibit A - PART 5 OF 5, # 6 Exhibit B, # 7 Exhibit C, # 8 Exhibit D - PART 1 OF 4, # 9 Exhibit D - PART 2 OF 4, # 10 Exhibit D - PART 3 OF 4, # 11 Exhibit D - PART 4 OF 4, # 12 Exhibit E, # 13 Exhibit F - PART 1 OF 7, # 14 Exhibit F - PART 2 OF 7, # 15 Exhibit F - PART 3 OF 7, # 16 Exhibit F - PART 4 OF 7, # 17 Exhibit F - PART 5 OF 7, # 18 Exhibit F - PART 6 OF 7, # 19 Exhibit F - PART 7 OF 7, # 20 Exhibit G, # 21 Exhibit H, # 22 Exhibit I, # 23 Exhibit J)(Zacherl, Francis) (Entered: 03/18/2013) |
| 03/20/2013 | 102 | *ORDER re 101 MOTION for Summary Judgment *to Plaintiff's Second Amended Complaint* filed by Metropolitan Life Insurance Company Signed by Judge Donald M. Middlebrooks on 3/20/2013. (sw) (Entered: 03/20/2013) |
| 03/20/2013 | 103 | ORDER denying 100 Motion for Extension of Time Pretrial Stipulation due by 3/21/2013. Signed by Judge Donald M. Middlebrooks on 3/20/2013. (sw) (Entered: 03/20/2013) |
| 03/20/2013 | | Set/Reset Deadlines as to 101 MOTION for Summary Judgment *to Plaintiff's Second Amended Complaint*. Responses due by 3/26/2013 Replies due by 4/1/2013. (ls)(per DE #102) (Entered: 03/22/2013) |
| 03/21/2013 | 104 | STIPULATION *Joint* by Environmental Progress, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Kelly, Ryan) (Entered: 03/21/2013) |
| 03/25/2013 | 105 | NOTICE by Scott R Storick, Storick Group Co., The Storick Group Corporation re 104 Stipulation *of Deposition Designation Objections and Counter-Designations* (Poznanski, Howard) (Entered: 03/25/2013) |
| 03/25/2013 | 106 | RESPONSE to Motion re 99 MOTION to Strike 95 Answer to Amended Complaint, Crossclaim, 97 Answer to Amended Complaint, Crossclaim *Directed at MetLife's* |

| | | |
|---|---|---|
| | | *Demand for Jury Trial* filed by Metropolitan Life Insurance Company. Replies due by 4/4/2013. (Zacherl, Francis) (Entered: 03/25/2013) |
| 03/25/2013 | [107](#) | Notice of Adoption by Metropolitan Life Insurance Company Related document: [98](#) Notice of Adoption,, filed by Scott R Storick (Attachments: # [1](#) Exhibit Exhibit 1, # [2](#) Exhibit Exhibit A, # [3](#) Exhibit Exhibit B, # [4](#) Exhibit Exhibit C)(Zacherl, Francis) (Entered: 03/25/2013) |
| 03/25/2013 | [108](#) | STIPULATION *of Counter Deposition Designations to Plaintiff Environmental Progress, Inc.* by Metropolitan Life Insurance Company (Zacherl, Francis) (Entered: 03/25/2013) |
| 03/26/2013 | [109](#) | RESPONSE in Opposition re [101](#) MOTION for Summary Judgment *to Plaintiff's Second Amended Complaint* filed by Environmental Progress, Inc.. (Kelly, Ryan) (Entered: 03/26/2013) |
| 03/26/2013 | [110](#) | RESPONSE/REPLY *to Defendant's Statement of Material Facts and Statement of Additional Facts that Require Denial of Summary Judgment* by Environmental Progress, Inc.. (Kelly, Ryan) (Entered: 03/26/2013) |
| 03/26/2013 | [111](#) | APPENDIX to [110](#) Response/Reply (Other) *to Defendant's Statement of Material Facts and Statement of Additional Facts that Require Denial of Summary Judgment* by Environmental Progress, Inc. (Attachments: # [1](#) Exhibit 1 - Fax, # [2](#) Exhibit 2 - Sales Tracking Form, # [3](#) Exhibit 3 - Cohen Email, # [4](#) Exhibit 4 - Martino Email, # [5](#) Exhibit 5 - Order dtd 1-14-13, # [6](#) Exhibit 6 - Opinion, # [7](#) Exhibit 7 - Storick Amended Rule 26 Discl., # [8](#) Exhibit 8 - Martino Dep Transcript, # [9](#) Exhibit 9 - Ltr dtd 3-11-13) (Kelly, Ryan) (Entered: 03/26/2013) |
| 03/27/2013 | [112](#) | NOTICE of Striking [107](#) Notice of Adoption, filed by Metropolitan Life Insurance Company by Metropolitan Life Insurance Company (Attachments: # [1](#) Exhibit Exhibit 1)(Zacherl, Francis) (Entered: 03/27/2013) |
| 03/27/2013 | [113](#) | Notice of Adoption by Scott R Storick Related document: [66](#) MOTION to Dismiss [39](#) Answer to Amended Complaint, Crossclaim, [56](#) Answer to Amended Complaint, Crossclaim *Based Upon Spoliation of Evidence Or, Alternatively, For Other Sanctions* filed by Scott R Storick, [95](#) Answer to Amended Complaint, Crossclaim filed by Metropolitan Life Insurance Company, [89](#) Response/Reply (Other), filed by Scott R Storick, [97](#) Answer to Amended Complaint, Crossclaim filed by Metropolitan Life Insurance Company (Poznanski, Howard) (Entered: 03/27/2013) |
| 03/27/2013 | [114](#) | NOTICE by Scott R Storick, Storick Group Co., The Storick Group Corporation *of Attorney Trial Conflict Dates* (Attachments: # [1](#) Exhibit "A")(Poznanski, Howard) (Entered: 03/27/2013) |
| 03/29/2013 | [115](#) | REPLY to Response to Motion re [99](#) MOTION to Strike [95](#) Answer to Amended Complaint, Crossclaim, [97](#) Answer to Amended Complaint, Crossclaim *Directed at MetLife's Demand for Jury Trial* filed by Scott R Storick, Storick Group Co., The Storick Group Corporation. (Poznanski, Howard) (Entered: 03/29/2013) |
| 04/01/2013 | [116](#) | Joint MOTION for Extension of Time To File Jury Instructions or Proposed Findings of Fact and Conclusions of Law re [20](#) Scheduling Order, Set/Reset Deadlines/Hearings,, by Scott R Storick, Storick Group Co., The Storick Group Corporation. Responses due by 4/18/2013 (Poznanski, Howard) (Entered: 04/01/2013) |
| 04/01/2013 | [117](#) | ORDER granting [47](#) Motion to Dismiss for Failure to State a Claim; granting [47](#) Motion to Dismiss for Lack of Jurisdiction Signed by Judge Donald M. Middlebrooks on 4/1/2013. (sw) (Entered: 04/01/2013) |

| 04/01/2013 | 118 | REPLY to Response to Motion re 101 MOTION for Summary Judgment *to Plaintiff's Second Amended Complaint* filed by Metropolitan Life Insurance Company. (Attachments: # 1 Exhibit A)(Zacherl, Francis) (Entered: 04/01/2013) |
| 04/01/2013 | 119 | Proposed Findings of Fact and Proposed Conclusions of Law by Environmental Progress, Inc.. (Kelly, Ryan) (Entered: 04/01/2013) |
| 04/03/2013 | 120 | Minute Entry for proceedings held before Judge Donald M. Middlebrooks: Status Conference held on 4/3/2013. Trial will begin week of 4/15/13. Court Reporter: Other, 305-523-5635 (ar) Modified on 4/3/2013 (ar). Order to follow. (Entered: 04/03/2013) |
| 04/03/2013 | 121 | ORDER denying 101 Motion for Summary Judgment, Signed by Judge Donald M. Middlebrooks on 4/3/2013. (lh) (Entered: 04/04/2013) |
| 04/05/2013 | 122 | TRANSCRIPT of Status Conference / Calendar Call held on 4/3/2013 before Judge Donald M. Middlebrooks, 1-21 pages, Court Reporter: Bonnie Joy Lewis 305-523-5635. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/29/2013. Redacted Transcript Deadline set for 5/9/2013. Release of Transcript Restriction set for 7/8/2013. (Attachments: # 1 Designation)(mc) (Entered: 04/05/2013) |
| 04/05/2013 | 123 | ORDER denying as moot 66 Motion to Dismiss Signed by Judge Donald M. Middlebrooks on 4/5/2013. (sw) (Entered: 04/05/2013) |
| 04/05/2013 | 124 | ORDER granting 99 Motion to Strike JURY REQUEST IN COMPLAINT Signed by Judge Donald M. Middlebrooks on 4/5/2013. (sw) (Entered: 04/05/2013) |
| 04/09/2013 | 125 | ORDER granting 116 Motion for Extension of Time. Proposed Pretrial Order (findings of fact)due by 4/10/2013. Signed by Judge Donald M. Middlebrooks on 4/9/13. (ar) (Entered: 04/09/2013) |
| 04/10/2013 | 126 | NOTICE OF TRIAL: Bench Trial set for 4/15/2013 09:00 AM in West Palm Beach Division before Judge Donald M. Middlebrooks. (ar) (Entered: 04/10/2013) |
| 04/10/2013 | 127 | Proposed Findings of Fact and Proposed Conclusions of Law by Scott R Storick, Storick Group Co., The Storick Group Corporation. (Poznanski, Howard) (Entered: 04/10/2013) |
| 04/11/2013 | 128 | ORDER denying 67 Motion in Limine; denying 79 Motion in Limine, Signed by Judge Donald M. Middlebrooks on 4/10/2013. (lh) (Entered: 04/11/2013) |
| 04/12/2013 | 129 | NOTICE of Voluntary Dismissal *of Certain Defendants* by Environmental Progress, Inc. (Kelly, Ryan) (Entered: 04/12/2013) |
| 04/12/2013 | 130 | ORDER re 129 Notice of Voluntary Dismissal filed by Environmental Progress, Inc., Signed by Judge Donald M. Middlebrooks on 4/12/2013. (lh) (Entered: 04/12/2013) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/24/2017 15:39:13 | | |
| **PACER Login:** | sbursor1:2630502:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 9:12-cv-80907-DMM |
| **Billable** | | | |

| Pages: | 13 | Cost: | 1.30 |
|--------|----|-------|------|