UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN PENROSE, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:17CV00294 HEA |
| BUFFALO TRACE DISTILLERY, INC, et al., | ) ) ) ) ) |
| Defendants, | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the scheduling conference pursuant to Fed.R.Civ.P. 16 set for February 27, 2018, is vacated. The Case Management Order will be issued based on the dates provided by the parties in their Joint Proposed Scheduling Plan.

Dated this 23rd day of February, 2018.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE