UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN PENROSE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:17CV294 HEA |
| | ) |
| BUFFALO TRACE | ) |
| DISTILLERY, INC, et al., | ) |
| | ) |
| Defendants. | ) |

**CASE MANAGEMENT ORDER - TRACK 3: COMPLEX**

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri, and the Joint Proposed Scheduling Plan filed by the parties.

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case, and will be modified only upon a showing of exceptional circumstances:

**I.    SCHEDULING PLAN**

1. This case has been assigned to Track 3 (Complex).

2. All motions for joinder of additional parties or amendment of pleadings shall be filed no later than **June 1, 2018**.

3. **Disclosure shall proceed in the following manner on Class Certification**:

    (a)    The parties shall make all disclosures required by Rule 26(a)(1), Fed. R. Civ. P., no later than **March 1, 2018**.

    (b)    The presumptive limits of ten (10) depositions per side as set forth in Rule 30(a)(2)(A), Fed. R. Civ. P., and twenty-five (25) interrogatories per party as set forth in Rule 33(a), Fed. R. Civ. P., shall apply.

    (c)    The parties shall complete all written discovery in this case no later than **April 28, 2018**.  The production of documents in response to Requests for the Production of Documents shall be completed by **June 22, 2018**.

    (d)    Motions to compel shall be pursued in a diligent and timely manner, but in

no event filed more than eleven (11) days following the discovery deadline set out above.

     5.    Any motions for class certification must be filed no later than **February 28, 2019**.  Opposition briefs shall be filed no later than **March 28, 2019** and any reply brief may be filed no later than **April 11, 2019**.

All expert depositions regarding the class certification motion shall be completed within the parameters of the filing of the motion for class certification and response and reply time above.  Any request to amend said motion schedule shall be made by motion to the Court.

     6.    An updated Joint Proposed Scheduling Plan is to be submitted by the parties within ten (10) days of the Court's certification ruling.

Failure to comply with any part of this order may result in the imposition of sanctions.

Dated this 27th day of February, 2018.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE