IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STEPHEN PENROSE, JAMES THOMAS, JOSEPH GUARDINO, and DANIEL POPE on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>  v.<br><br>BUFFALO TRACE DISTILLERY, INC., OLD CHARTER DISTILLERY CO., and SAZERAC COMPANY, INC.<br><br>              Defendants. | CASE NO. 4:17-CV-00294-HEA |

**JOINT MOTION FOR BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Plaintiffs Stephen Penrose, James Thomas, Joseph Guardino, and Daniel Pope ("Plaintiffs") and defendants Buffalo Trace Distillery, Inc., Old Charter Distillery Co., and Sazerac Company, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby jointly submit this motion to set a briefing schedule concerning Plaintiffs' Motion to Compel Production of Documents (ECF 49, 50, "Motion to Compel"). The Parties' joint request is based on the following:

1. On July 6, 2018, Plaintiffs filed their Motion to Compel.

2. Pursuant to Civil Local Rule 7–4.01, Defendants' opposition to the Motion to Compel is currently due on July 13, 2018.

3. The Parties agree that additional time is required to fully brief the issues set forth in the motion.

4. Therefore, the Parties agree to the following briefing schedule for the Motion to Compel.

| Filing | Proposed Date |
| --- | --- |
| Defendants' opposition to Motion to Compel | July 20, 2018 |
| Plaintiffs' reply in support of Motion to Compel | August 3, 2018 |

WHEREFORE, for all of the foregoing reasons, the Parties respectively request that the Court enter an Order setting a briefing schedule as outlined above with respect to the Motion to Compel.

Respectfully submitted,

[Continued on next page]

| | |
|---|---|
| By: /s/ Michelle C. Doolin<br>    Michelle C. Doolin | By: /s/ Yitzchak Kopel<br>    Yitzchak Kopel |
| Dated: July 10, 2018 | Dated: July 10, 2018 |
| **COOLEY LLP**<br>Michelle C. Doolin<br>(mdoolin@cooley.com)<br>Darcie A. Tilly<br>(dtilly@cooley.com)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Phone: (858) 550-6000<br><br>**THOMPSON COBURN LLP**<br>William R. Bay<br>(wbay@thompsoncoburn.com)<br>One US Bank Plaza<br>St. Louis, Missouri 63101<br>Phone: (314) 552-6008<br><br>*Attorneys for Defendants Buffalo Trace Distillery, Inc., Old Charter Distillery Co., and Sazerac Company, Inc.* | **BURSOR & FISHER, P.A.**<br>Yitzchak Kopel<br>(ykopel@bursor.com)<br>888 Seventh Avenue<br>New York, NY 10019<br>Tel: (646) 837-7150<br>Fax: (212) 989-9163<br><br>*Attorneys for Plaintiffs* |